# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**TAYLOR B. GRAHAM, ESQ.**  JUNE 22, 2016
GRAHAM@PELTONGRAHAM.COM

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Robert Pote v. Central Construction Management, LLC, et al.*
    **Civil Action No. 15 Civ. 144 (WFK)(RER)**

Dear Judge Reyes,

      This office represents the plaintiff in the above-referenced action. We write, in accordance with Your Honor's Order, to inform the Court that all parties are available for a settlement conference on either August 29 or 30. As stated at the telephone conference, given the number of parties involved in the action, we believe that it would be helpful to have at least a few hours set aside with Your Honor for the settlement conference. Accordingly, we respectfully request a settlement conference before Your Honor on August 29 or 30 at a time that is convenient for the Court.

      We appreciate Your Honor's attention to this matter and willingness to assist the parties in our settlement negotiations. Please contact the undersigned should you have any questions regarding this submission.

      Respectfully submitted,

      */s/ Taylor B. Graham*

      Taylor B. Graham, Esq. of
      PELTON GRAHAM LLC

cc:   All Parties (via ECF)