LAW OFFICE OF

# JAMES M. HADDAD

1700 BROADWAY
41ST FLOOR
NEW YORK, NEW YORK 10019-5905

(212) 246-0546
FAX (212) 937-2133

**VIA ECF**
Honorable Ramon E. Reyes, Jr., U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Robert Pote v. Central Construction Management, LLC, et al
              Index No.    :    15 Civ. 00144 (WFK)(RER)
              Venue       :    EDNY
              Client        :    BZ Construction and Madar

Honorable Judge Reyes:

       This office represents the defendants Frank Madar and BZ Construction in the above-referenced action. We write to request an adjournment of the settlement conference that has been scheduled for August 30. The basis for the request is that the undersigned has been faced with a trying family medical situation, which has required extensive travel and time away from work and office. Counsel for the other parties have courteously consented to this request. The following dates have been proposed: September 21, 22, 26, 27 of 28. The other parties suggest that this will be a fairly extensive conference requiring perhaps four hours.

       We appreciate Your Honor's attention to this request. Please contact the undersigned with the results of Your Honor's consideration of this request.

                                                          Respectfully Submitted,
                                                            s/
                                                            James M. Haddad

cc:    All Parties (via ECF)

court1.docx